**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHAEL YUSUF ASHRAF,
a/k/a Michael D. Ashby,

Civil No. 00-1545 (ADM./AJB)

Petitioner,

v.

**ORDER**

SHERYL R. HVASS,

Respondent.

Petitioner, a prisoner of the State of Minnesota who is presently confined in the State of Florida, has filed a petition for writ of habeas corpus in this District Court. He claims that he is being deprived of certain "good time credits" to which he is entitled under Minnesota state statutes, and that the duration of his current incarceration will therefore be unlawfully extended.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall (a) address the issues raised in the petition, (b) certify the true reasons for the expected duration of petitioner's confinement, and (c) show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the proper duration of Petitioner's incarceration in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised in the petition and accompanying memorandum, as well as



FILED JUL 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Respondent's recommendation as to the need for this court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of pertinent statutes and other legal authority;

3. Certified copies of all trial court records, state appellate proceedings, prison records and other documents that may be material to the issues raised by the petition.

If Respondent contends that Petitioner's present application for habeas corpus relief should not be entertained at this time because Petitioner has not exhausted his state court remedies, (see 28 U.S.C. § 2254(b),(c)), then Respondent shall (a) fully explain what she believes Petitioner must do in order to satisfy the exhaustion requirement, and (b) address Petitioner's contention that he cannot pursue his state court remedies because he has been denied access to necessary legal resources.

The Court will entertain a motion to grant the relief requested in the petition if the return required by this Order is not timely filed.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and the return to be submitted by respondent, the parties shall await the further order of this Court.

Dated: 7/6/00

Arthur J. Boylan
United States Magistrate Judge