UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION
CIVIL NO. 00-1545 (ADM/AJB) ORIGINAL

---

Michael Yusuf Ashraf,
aka Michael D. Ashby,

Petitioner,

vs.

Sheryl R. Hvass, Commissioner of the
Minnesota Department of Corrections,

Respondent.

---

**ORDER FOR TRANSFER OF RECORDS**

Respondent's motion for transfer of the Minnesota State records from this Court's file in Ashby v. Woods, Civil Case No. 4-96-843 (ADM/AJB), to this Court's file in the above-referenced case is hereby granted and the office of the Clerk of the United States District Court is directed to transfer said records.

Dated: 7/31/00

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 0 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK