# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Yusuf Ashraf

Plaintiff

v.

Sheryl Ramstad Hvass, Commissioner of the Minnesota Department of Corrections

Defendants

Case No. Civil 00-1545 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is denied. This action is dismissed with prejudice.

DATE: November 22, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk